**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| Luz Janet PORTILLO TAPIA,<br><br>Petitioner,<br><br>v.<br><br><br>WARDEN, IRWIN COUNTY DETENTION CENTER, and FIELD OFFICE DIRECTOR, ATLANTA FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 7:26-cv-308<br><br>**PETITION FOR WRIT OF HABEAS CORPUS**<br>A# 206-279-983 |

**NOTICE OF VOLUNTARY DISMISSAL**

**NOW, COMES** Petitioner, by and through counsel, and hereby gives Notice of Voluntary Dismissal Without Prejudice against Respondent under Federal Rule of Civil Procedure 41(a)(1)(A)(i). A bond hearing was provided for the Petitioner on October 28, 2026.

Dated: October 28, 2026

Respectfully submitted,

/s/Eszter Bardi
Eszter Bardi
Sonoda Law Firm
1849 Clairmont Road
Decatur, Georgia 30033
Phone: 470-755-9520
Fax: 404-393-8399
ebardi@sonodalaw.com
GA Bar # 200449
*Attorney for Petitioner*

/s/ Jeremy Layne McKinney
Jeremy Layne McKinney
McKinney Immigration Law
910 N. Elm St. (POB 1800)
Greensboro, NC 27401 (27402)
Phone: 336-275-5885
Fax: 336-275-6045
jeremy@mckinneyimmigration.com
NC Bar # 23318
*Attorney for Petitioner*

**SO ORDERED this** 2nd **day of** November, 2026.

W. Louis Sands

**W. Louis Sands, SR. Judge**
**United States District Court**