IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| LUZ JANET PORTILLO TAPIA, | * | |
| Petitioner, | * | |
| v. | | Case No. 7:26-cv-308 (WLS-AGH) |
| | * | |
| WARDEN IRWIN COUNTY DETENTION CENTER, et al., | * | |
| Respondents. | * | |

# **JUDGMENT**

Pursuant to this Court's Order dated November 2, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 3rd day of November, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk